I also agree and join. Thank you!

---

**From:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>
**Sent:** Monday, December 30, 2024 11:55 AM
**To:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Cooke Kelsey <cooke.kelsey@txcourts.gov>; Kristina Rocha <Kristina.Rocha@txcourts.gov>
**Subject:** RE: Final, revised draft: Bush v Yarborough (08-23-00261-CV)

Agree and join.  CJA

---

**From:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>
**Sent:** Monday, December 30, 2024 11:52 AM
**To:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Cooke Kelsey <cooke.kelsey@txcourts.gov>; Kristina Rocha <Kristina.Rocha@txcourts.gov>
**Subject:** RE: Final, revised draft: Bush v Yarborough (08-23-00261-CV)

CJA and Judge Soto,

This is a final, revised draft in Bush for your approval. I deleted the citation to Mitchell, Moore, and White Star, as suggested by you both, in C2 on pp 24-25.

Here's the paragraph in its final form:

> As discussed earlier, we disagree with the standing argument to the extent it suggests it matters whether the Vaughn Successors have brought a collateral attack in addition to a trespass-to-try-title claim seeking a determination of the scope of the judgment. We decline to apply *Pirkle* to such a "scope" claim. [FN11]

Also, the formatting of footnote 11 and other errors were corrected (per CJA's suggestion).

Please confirm your vote on this update draft.

Thanks,
GMP

---

**From:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>

**Sent:** Sunday, December 29, 2024 4:59 PM
**To:** Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Justice Gina Palafox <Gina.Palafox@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Cooke Kelsey <cooke.kelsey@txcourts.gov>
**Subject:** Re: Final, revised draft: Bush v Yarborough (08-23-00261-CV)

I agree and join and add these little clean up notes:

1. p. 13, there is an extra period at the end of the last full paragraph

2. p.15, need a pet history for Ridgefield

3. p25, need to take out white star if we hold it over, and I don't recall Moore addressing Pirkle, it was also issued Friday

4. P.25, the footnote needs right justifying.
   (Stuart no doubt would have caught all these)
   CJA

---

**From:** Stuart Alfsen <Stuart.Alfsen@txcourts.gov>
**Sent:** Sunday, December 29, 2024 3:24 PM
**To:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>; Chief Justice Jeff Alley <jeff.alley@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Cooke Kelsey <cooke.kelsey@txcourts.gov>
**Subject:** RE: Final, revised draft: Bush v Yarborough (08-23-00261-CV)

Thank you.  Can I accept all changes and stop tracking before beginning to check the opinion?

Thanks so much!

Stuart

---

**From:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>
**Sent:** Sunday, December 29, 2024 12:51 PM
**To:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Cooke Kelsey <cooke.kelsey@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>
**Subject:** Final, revised draft: Bush v Yarborough (08-23-00261-CV)

Good afternoon,

Attached is a "clean copy" of the revised draft, which includes green highlights to show changes I

made to the structure, headings, or text. I'm also attaching a draft that includes Cooke's responses to comments made by Chief or were otherwise brought up in our Friday conference. I left the track changes on so you can see what was edited.

Please note I moved former section V into section IV, and address standing, limitations and equitable concerns as alternative arguments that Appellants brought in support of a reversal of the trial court's judgment. It's more of a final clean up section to the scope section. We heavily edited the text and relied on citations to Moore, Mitchell v Map, and White Star.

Thank you for all the feedback. Hope we satisfactorily addressed your concerns.

Thanks,
GP